USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/27/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT L. WILMOT,

        Plaintiff,

-against-

MONSANTO COMPANY,

        Defendant.

19 Civ. 9785 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 7, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by February 26, 2020. ECF No. 5. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **February 28, 2020**.

    Moreover, the complaint states that this case is involved in a pending Multidistrict Litigation ("MDL"). Compl. ¶ 6, ECF No. 1. In the joint letter, Plaintiff shall provide an update as to whether Plaintiff expects this case to be transferred to the pending MDL.

    SO ORDERED.

Dated: February 27, 2020
       New York, New York

                        ANALISA TORRES
                      United States District Judge