UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT L. WILMOT,

                 Plaintiff,

-against-

MONSANTO COMPANY,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/22/2020_

19 Civ. 9785 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for June 23, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: June 22, 2020
       New York, New York

                                       ANALISA TORRES
                              United States District Judge